IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY CARL SLEDGE,

    Plaintiff,

v.                                                           CASE NO. 1:13-cv-55-SPM-GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **ORDER**

This matter is before the Court on Plaintiff's *pro se* Complaint (Doc. 1) and Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). Plaintiff filed his Complaint on the civil rights complaint form to be used by non-prisoner litigants for actions arising under 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983. From a review of the Complaint, it is evident that the facts as presented fail to state a claim upon which relief can be granted.

Plaintiff attempts to bring claims under 42 U.S.C. § 1983 against the United States of America. However, the facts alleged and claims presented are devoid of any detail. Plaintiff alleges only that an unnamed person or entity "obtained search warrant without probable cause," and claims that "[a]ll laws and God's laws were violated." (Doc. 1, at 3, 4.) As relief, Plaintiff requests "[r]elease all lands held or leased, 'International continental United States of America,' with all leases null-void." (Doc. 1, at 4.) The Court is unable to ascertain the nature of Plaintiff's claims from these sparse allegations.

Because Plaintiff is proceeding *pro se*, he will be permitted to amend his

Complaint. In his amended Complaint, Plaintiff must provide more detailed facts regarding his claim, including the date of the incident, the person or entity that obtained a search warrant without probable cause, how that warrant was used, and how his constitutional rights were violated. Plaintiff should note that the "United States of America" is likely not a proper defendant. In his amended Complaint, Plaintiff should include as a defendant the individual responsible for the alleged constitutional violation. Plaintiff must state with specificity what constitutional rights he alleges were violated by this state action, and must state more clearly what relief he seeks.

To amend his complaint, Plaintiff must fill out the civil rights complaint form, marking it "First Amended Complaint." Plaintiff is advised that the first amended complaint must contain all of Plaintiff's factual allegations set forth in separately numbered paragraphs and should not in any way refer to the original complaint.

Accordingly, it is **ORDERED** that:

1. The **Clerk of Court** is directed to forward to Plaintiff one civil rights complaint form for non-prisoner *pro se* litigants.

2. Plaintiff shall fully complete the complaint form using clearly legible type or handwriting. In amending the Complaint, Plaintiff shall not refer back to the original Complaint and shall not incorporate any part of the original Complaint. Plaintiff shall file the First Amended Complaint, titled as such, together with an identical copy of the First Amended Complaint for each defendant, **on or before April 15, 2013**.

3. Plaintiff's motion for leave to proceed as a pauper, Doc. 2, is **GRANTED.**

4. Failure to respond to this order as instructed will result in a recommendation dismissal of this action for failure to prosecute and

failure to comply with an Order of this Court.

**DONE AND ORDERED** this 15th day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge